**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **BRANDY SELLITTO-TAYLOR** | : | **CIVIL ACTION NO.** |
| **Plaintiff** | : | **3:20-cv-00162 (CSH)** |
| | : | |
| **v.** | : | |
| | : | |
| **MCLEAN AFFILIATES, INC.** | : | |
| **Defendant** | : | **MAY 26, 2021** |

**MOTION FOR SANCTIONS**

Pursuant to Federal Rules of Civil Procedure 37(b)(2)(A) and 41(b), the defendant McLean Affiliates, Inc. ("McLean") hereby moves for sanctions against Plaintiff Brandy Sellitto-Taylor for failure to respond to McLean's discovery requests and to comply with this Court's March 12, 2021 Order.

As the Court is aware, McLean filed a Motion to Compel on November 18, 2020. Plaintiff did not respond to the motion with any papers in opposition. The Court granted McLean's motion, directing the Plaintiff to serve full responses to McLean's requests for production and interrogatories in a manner compliant with the Court's ruling, not later than April 23, 2021.

On April 20, 2021, McLean reminded Plaintiff's counsel of his client's obligation to comply with the Court's order to respond to the discovery requests. In response to this reminder, Plaintiff's counsel asked defendant's counsel, "What do you feel is missing from the responses?" Defendant's counsel directed Plaintiff to an October 2020 letter, which set forth the deficiencies in Plaintiff's discovery responses. Defendant's counsel also directed the Plaintiff to this Court's March 12, 2020 order, which described the deficiencies in detail.

On April 26, 2021, McLean, through counsel, informed the Plaintiff that the deadline to comply with the Court's order had lapsed. In good faith, McLean informed the Plaintiff that it would give her until Wednesday, April 28, 2021, to provide the requisite responses, or it would have no choice but to seek relief from the Court. Despite providing this reminder, and this additional time to respond, McLean has yet to receive any responses from the Plaintiff as ordered by this Court.

WHEREFORE, McLean respectfully requests that the Court grant this motion and dismiss Plaintiff's complaint with prejudice and award reasonable attorneys' fees and costs for expenses incurred for Plaintiff's non-compliance with her discovery obligations, together with such other and further relief as this Court may deem just and proper.

DEFENDANT,
MCLEAN AFFILIATES, INC.

By /s/ Peter J. Murphy

Peter J. Murphy
Federal Bar No. ct26825
For Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Telephone: (860) 251-5950
Facsimile: (860) 251-5316
pjmurphy@goodwin.com
Its Attorney

CERTIFICATION OF SERVICE

This is to certify that on May 26, 2021, a copy of the foregoing Motion for Sanctions was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Peter J. Murphy
Peter J. Murphy