**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **BRANDY SELLITTO-TAYLOR** | : | **CIVIL ACTION NO.** |
| **Plaintiff,** | : | **3:20-cv-00162-CSH** |
| | : | |
| **v.** | : | |
| | : | |
| **MCLEAN AFFILIATES, INC.** | : | |
| **Defendant.** | : | **MAY 26, 2021** |

**DECLARATION OF**
**PETER J. MURPHY, ESQ. IN SUPPORT OF MOTION FOR SANCTIONS**

I, PETER J. MURPHY, declare as follows:

1. I am over 18 years of age and understand the obligations of an oath.

2. I am a partner of Shipman & Goodwin LLP, counsel for Defendant McLean Affiliates, Inc., in this action. I make this declaration in accordance with D. Conn. L. Civ. R. 37 in support of Defendant's Motion for Sanctions, dated May 26, 2021.

3. On November 18, 2020, I filed a Motion to Compel Responses to Discovery Requests, a Memorandum of Law in Support of the Motion to Compel, and a Declaration in Support of the Motion to Compel. *See* ECF 13.

4. On March 12, 2021, the Court granted the Defendant's Motion to Compel and ordered that "Plaintiff shall serve full responses to Defendant's RFPs and Interrogatories, in a manner compliant with this Ruling, not later than **April 23, 2021**."

5. On April 20, 2021, three days prior to the Court's deadline for Plaintiff to comply, my colleague, Tyler Bischoff, an associate at Shipman & Goodwin LLP, emailed Plaintiff's counsel reminding him of his client's obligation to comply with the Court's March 12, 2021 order to respond to the discovery requests. In response to this reminder, Plaintiff's

counsel asked, "What do you feel is missing from the responses?". Plaintiff's counsel was directed to an October 2020 letter, which set forth the deficiencies in Plaintiff's discovery responses. Plaintiff's counsel was also directed to this Court's March 12, 2020 order, which described the deficiencies in detail.

6. Plaintiff failed to provide any responses to the Defendant by the April 23, 2021 deadline.

7. On April 26, 2021, Plaintiff's counsel was informed that the deadline to comply with the Court's order had lapsed. In good faith, Plaintiff was told that Defendant would give her until Wednesday, April 28, 2021, to provide the requisite responses, or it would have no choice but to seek relief from the Court.

8. April 28, 2021 came and went with no response from Plaintiff.

9. Defendant has still not received the required discovery responses from Plaintiff.

10. I declare that I have made a good faith effort to obtain the discovery without the Court's intervention.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th of May 2021 in Hartford, Connecticut.

/s/ Peter J. Murphy
Peter J. Murphy, Esq.

**CERTIFICATION OF SERVICE**

This is to certify that on May 26, 2021, a copy of the foregoing Declaration was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Peter J. Murphy
Peter J. Murphy (ct26825)